# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FIREBELLY, L.L.C.                                    NO.  2019 CW 1704

VERSUS

DANIEL J. MCGLYNN AND GAVIN
J. CUCCIA                                           **MAY 1 2 2020**

---

In Re:   Firebelly, L.L.C., applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         655682.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

    **WRIT NOT CONSIDERED.** Relator failed to provide documentation that the writ application was timely filed under Rules 4-2 and 4-3, Uniform Rules of Louisiana Courts of Appeal. Relator also failed to comply with Rules 4-5(8), (9) and (10), Uniform Rules of Louisiana Courts of Appeal, by failing to include a copy of each pleading on which the judgment, order or ruling was founded, including the petition, any opposition and any attachments thereto filed by a party in the trial court or a statement that no opposition was filed, and the pertinent court minutes. Furthermore, if an evidentiary hearing was held, the writ application should include all evidence admitted at that hearing.

    Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

    In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before June 12, 2020, and must contain a copy of this ruling.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

<u>                                  </u>
   DEPUTY CLERK OF COURT
      FOR THE COURT